

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00548-CV

Yua **LEE**,
Appellant

v.

**LONESTAR CAPITAL ASSETS INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-06331
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: February 25, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on September 27, 2025. On November 4, 2025, the clerk of court notified appellant by letter that appellant's brief was past due. On December 9, 2025, we ordered appellant to file, within ten days of the order, appellant's brief and a written response reasonably explaining: (1) appellant's failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We warned that if appellant failed to timely file a brief and the written response, we would dismiss this appeal for want of

prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)–(c).  Appellant did not file a brief and written response as ordered, and, to date, appellant has not filed a brief.  Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution.  *See id.*

PER CURIAM